```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 14674
   DERWIN GRIFFIN
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-7785

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 06/06/2008 and was confirmed 09/11/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

      The case was dismissed after confirmation 01/29/2009.
-------------------------------------------------------------------------------
   CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST         PRINCIPAL
                                                                  PAID             PAID
-------------------------------------------------------------------------------
   NUVELL CREDIT CO LLC     SECURED VEHIC    39355.00          320.97            246.72
   NUVELL CREDIT CO LLC     UNSECURED         4231.03             .00               .00
   CINGULAR                 UNSECURED        NOT FILED            .00               .00
   PUBLIC STORAGE           UNSECURED        NOT FILED            .00               .00
   CINGULAR WIRELESS        UNSECURED        NOT FILED            .00               .00
   COMCAST                  UNSECURED        NOT FILED            .00               .00
   PREMIER BANCARD CHARTER  UNSECURED          414.33             .00               .00
   SMG                      UNSECURED        NOT FILED            .00               .00
   COMMONWEALTH EDISON      UNSECURED        NOT FILED            .00               .00
   PEOPLES GAS LIGHT & COKE UNSECURED         8017.29             .00               .00
   CITY OF CHICAGO DEPT OF  UNSECURED         1035.00             .00               .00
   MARS MOTORS INC          SECURED NOT I        .00              .00               .00
   MARS MOTORS INC          UNSECURED        NOT FILED            .00               .00
   AMERICAN FAMILY INC      UNSECURED        NOT FILED            .00               .00
   CITY OF CHICAGO PARKING  UNSECURED        NOT FILED            .00               .00
   PEOPLES GAS LIGHT & COKE UNSECURED        NOT FILED            .00               .00
   ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      3,314.00                              875.35
   TOM VAUGHN               TRUSTEE                                                111.96
   DEBTOR REFUND            REFUND                                                    .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
   TRUSTEE              1,555.00

   PRIORITY                                      .00
   SECURED                                    246.72
      INTEREST                                320.97
   UNSECURED                                     .00
   ADMINISTRATIVE                             875.35
   TRUSTEE COMPENSATION                       111.96

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 14674 DERWIN GRIFFIN
```

```
DEBTOR REFUND                                                         .00
                                        ---------------   ---------------
TOTALS                                         1,555.00          1,555.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
 Dated: 03/05/09                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```